Dear Clerk of Court in Re to TMC order 0:25-cv-13207 TMC-PJG Court it is Now past the date of Aug 6th. The Honorable Judge Timothy M. Cain Ordered Frank Miller and Shadaya Jackson to respond to Plaintiffs Amended Complaints. They have failed to do So. I have written to Adair. F. Bouroughs and informed her of the same. Please Place the Court on Notice of the defendants failure to respond to the Complaint and place them in default for failure to respond in violation of Rules of federal procedure.

Aug 26. 26

cc: retained by

Yahya Muqit
318455/74A164
PO Box 1717
McCormick South Carolina, 29899

FILED - USDC GVILLE SC
AUG 31 2026 PM12:05